FILED
2010 Mar-22  PM 04:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DAVID LEE SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 5:09-CV-1770-VEH-PWG** |
| ) | |
| **WARDEN BILLY MITCHELL, et al.,** ) ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 6, 2010 (Doc. 7), recommending that this action filed pursuant to 28 U.S.C. § 1331 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  Plaintiff did not file any objections.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.[1]  Accordingly, the complaint is due to be dismissed

---

[1] In addition to the analysis set out in the report and recommendation, the court notes that, in *Onishea v. Hopper*, 171 F.3d 1289 (11th Cir. 1999), the Eleventh Circuit, *en banc*, agreed with the district court's holding that the plaintiffs in that case, who were HIV positive, were not "otherwise qualified," under § 504 of the Rehabilitation Act of 1973, 28 U.S.C. § 794, to

pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment Order will be entered.

**DONE** and **ORDERED** this 22nd day of March, 2010.

**VIRGINIA EMERSON HOPKINS**
United States District Judge

---

participate in prison programs, such as welding classes, because conduct that "present[s] a significant risk of transmitting the deadly HIV virus" is likely to occur if the programs were integrated, and because of the "catastrophic severity of the consequences if such conduct does occur." *Id*. at 1295. Thus, the Rehabilitation Act does not create a statutory right for Plaintiff to participate in welding classes, and Plaintiff has failed to state a claim for which relief can be granted.